IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA A. SCHAAF,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 16-cv-735-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Joshua A. Schaaf denying petitioner's motion for post-conviction relief under 28 U.S.C. § 2255.

| s/ R. Swanson, Deputy Clerk | 10/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |